IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THOMAS O. BASTIAN,

    Plaintiff,

v.

                                                                                                  No. 22-cv-0605 MIS-KBM

KRYSTAL RIVERA, *et al*,

    Defendants.

## ORDER REGARDING FILING FEE

This matter is before the Court following Plaintiff's attempt to pay the filing fee in this case. Plaintiff is *pro se* and incarcerated. By an Order entered October 17, 2022, the Court granted leave to proceed *in forma pauperis* - which reduces the $402 civil filing fee to $350 - and assessed an initial partial payment of $209.68. *See* Doc. 5 (citing 28 U.S.C. § 1915(b)). Plaintiff attempted to comply and mailed a check for $402. Because the filing fee has now been reduced to $350 and because the Clerk's Office cannot issue partial refunds, the uncashed check was returned to Plaintiff. The Court will fix a new deadline of December 8, 2022 for Plaintiff to address the filing fee. Plaintiff must pay at least $209.68, which is the minimum initial payment, but he may pay $350, which is the full amount of the filing fee at this stage.

**IT IS ORDERED** that the deadline to pay at least $209.68, but not more than $350, is extended through **December 8, 2022**.

                                                                            UNITED STATES MAGISTRATE JUDGE