IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THOMAS O. BASTIAN

    Plaintiff,

v.                                                                             Civ. No. 22-605 MIS/KK

KRYSTAL RIVERA, et al.,

    Defendants.

## ORDER

THIS MATTER comes before the Court on Plaintiff's Response to Defendants' Notice of Completion, filed July 25, 2023. (Doc. 74.) Plaintiff requests an Order directing "the Clerk[] or Opposing Counsel to mail [him] a copy of Defendants' Motion to Stay. (Doc. 51)." (Doc. 74 at 2.) On July 24, 2023, the Enumerated Defendants filed their "Supplemental Certificate of Service of Enumerated Defendants' Motion to Stay on the Basis of Qualified Immunity," indicating that they mailed their Motion to Stay on the Basis of Qualified Immunity to Plaintiff at his address of record[1] on June 21, 2023, concurrently with the filing of the motion. (Doc. 73 at 1.) Additionally, they explain that, upon receiving Plaintiff's Response to Defendants' Notice of Completion, they again mailed a copy of the Motion to Stay to Plaintiff at his address of record on July 24, 2023. (*Id*. at 2.) The Court will also direct the Clerk to mail a copy of the Enumerated Defendants' Motion to Stay (Doc. 51) along with related filings to Plaintiff at his address of record.

IT IS THEREFORE ORDERED that the Clerk is directed to mail copies of this Order, Enumerated Defendants' Motion to Stay on the Basis of Qualified Immunity (Doc. 51), the Court's

---

[1] From the time Plaintiff filed his Complaint, his address of record has remained: Thomas O. Bastian, #144716, ADCRR Eyman/SMU #1, P.O. Box 4000, Florence, AZ 85132. (*See* Doc. 1 at 3.)

Order Granting Enumerated Defendants' Motion to Stay on the Basis of Qualified Immunity (Doc. 71), and Enumerated Defendants' Supplemental Certificate of Service of Enumerated Defendants' Motion to Stay on the Basis of Qualified Immunity (Doc. 73) to Plaintiff at his address of record.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE