UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| RUBEN ESCANO, <br><br> Plaintiff, <br><br> vs. <br><br> INSURANCE SUPERMARKET, INC., a Delaware Corporation; ALEXANDR DUDAREV, an individual; GUARANTEE TRUST LIFE INSURANCE COMPANY, an Illinois Corporation; and John Does 1-10, <br><br> Defendants. | CASE NO. 2:23-cv-00793-MIS-DLM |

**ORDER GRANTING JOINT MOTION**
**FOR DISMISSAL WITH PREJUDICE**

**THIS MATTER** having come before the Court on the *Joint Motion to Dismiss with Prejudice*, filed September 19, 2024 as Document 49, the Court, having reviewed the Joint Motion and this Stipulated Order of Dismissal with Prejudice, with no opposition, and otherwise being fully advised, **FINDS** that the *Joint Motion to Dismiss with Prejudice* is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that this case is hereby dismissed with prejudice.

It is additionally **ORDERED** that the *Joint Motion to Dismiss with Prejudice*, filed September 19, 2024 as Document 49, is **GRANTED**.

_Margaret Strickland_
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE